STATE OF CONNECTICUT *v.* TYRONE E. PAYNE

The defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 13 (AC 26782), is denied.

ROGERS, C. J., and VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Sarah F. Summons,* special public defender, in support of the petition.

*Kathryn Ward Bare,* special deputy assistant state's attorney, in opposition.

Decided May 8, 2007

CHRISTOPHER WILLIAMS *v.* COMMISSIONER OF CORRECTION

The petitioner Christopher Williams' petition for certification for appeal from the Appellate Court, 100 Conn. App. 94 (AC 26893), is denied.

*Veronica M. Tomasic,* special public defender, in support of the petition.

*Mitchell S. Brody,* senior assistant state's attorney, in opposition.

Decided May 8, 2007